## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIS SHUMWAY, ) | |
| ) | |
| Plaintiff, ) | Cause No. 21-cv-3016-SEM-TSH |
| v. ) | |
| ) | |
| PUJA & PINKU CORPORATION, INC., ) | |
| ) | |
| Defendant. ) | |

### ANSWER OF DEFENDANT DDS ENTERTAIN, INC.

Comes Now defendant, Puja & Pinku Corporation, Inc. ("PPC"), and for its Answer to the Complaint, states as follows:

1. PPC is without sufficient information or knowledge to either admit or deny the allegations contained in this paragraph, and therefore, denies the same.

2. PPC is without sufficient information or knowledge to either admit or deny the allegations contained in this paragraph, and therefore, denies the same.

3. PPC admits that it is the owner of the property and business located at 224 Ohren Lane, Litchfield, Illinois. The remainder of the allegations state legal conclusion to which defendant need not admit or deny. Except as expressly admitted, defendant denies the allegations in this paragraph.

4. The allegations in this paragraph state legal conclusion to which defendant need not admit or deny. To the extent required, PPC denies the allegations.

5. The allegations in this paragraph state legal conclusion to which defendant need not admit or deny. To the extent required, PPC denies the allegations.

6. The allegations in this paragraph state legal conclusion to which defendant need not admit or deny. To the extent required, PPC denies the allegations.

7. The allegations in this paragraph state legal conclusion to which defendant need not admit or deny. To the extent required, PPC denies the allegations.

8. The allegations in this paragraph state legal conclusion to which defendant need not admit or deny. To the extent required, PPC denies the allegations.

9. PPC admits that certain third-party websites contain information about PPC's motel property, and further, that these websites do procure reservations for PPC. Except as expressly admitted, defendant denies the allegations in this paragraph.

10. PPC is without sufficient information or knowledge to either admit or deny the allegations contained in this paragraph, and therefore, denies the same.

11. PPC is without sufficient information or knowledge to either admit or deny the allegations contained in this paragraph, and therefore, denies the same.

12. PPC is without sufficient information or knowledge to either admit or deny the allegations contained in this paragraph, and therefore, denies the same.

13. PPC denies the allegations in this paragraph.

14. PPC denies the allegations in this paragraph.

15. PPC denies the allegations in this paragraph.

16. PPC denies the allegations in this paragraph.

17. PPC denies the allegations in this paragraph.

18. PPC denies the allegations in this paragraph.

19. PPC denies the allegations in this paragraph.

20. PPC denies that plaintiff is entitled to the injunctive relief requested.

WHEREFORE, having fully answered, defendant respectfully requests that the Court dismiss this Complaint with prejudice, deny all requested relief, award defendant its costs and attorneys' fees, and for such other and further relief as this Court deems just and proper.

## **AFFIRMATIVE DEFENSES**

20. Answering further, PPC states that it denies each and every allegation not expressly admitted above.

21. Answering further, PPC states the Complaint should be dismissed for failure to state a claim upon which relief may be granted.

22. Answering further, PPC states that plaintiff lacks standing to bring these claims.

23. Answering further, PPC states it has made a reasonable and good faith effort to comply with all applicable laws and regulations, including the ADA, 42 U.S.C. §12181 et seq.

WITZEL, KANZLER & DIMMITT, LLC

By: /s/ Jay L. Kanzler
Jay L. Kanzler Jr. #6208995 IL
2001 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-5367
314-645-5387 (fax)
jaykanzler@wkllc.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of this pleading was filed with the Court using the ECF/CM electronic filing system on this 24th day of February 2021.

                                              /s/ Jay L. Kanzler